STATE of Missouri, Respondent,

v.

James WARD, Appellant.

James WARD, Appellant,

v.

STATE of Missouri, Respondent.

No. 66054.

Missouri Court of Appeals,
Eastern District,
Division One.

July 30, 1996.

1. As appellant's brief raises no issues pertaining to the judgment denying his Rule 29.15 motion after an evidentiary hearing, his appeal from this

Raymund J. Capelvotich, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD, and GARY M. GAERTNER, JJ.

### *ORDER*

PER CURIAM.

Appellant, James Ward, appeals the judgment of conviction for assault in the second degree, RSMo § 565.060 (1986), and armed criminal action, RSMo § 571.015 (1986), entered by the Circuit Court of Jefferson County after a jury trial.[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of conviction is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our decision.

judgment is deemed abandoned. *State v. Gaines,* 807 S.W.2d 678 n. 1 (Mo.App.E.D.1991).